1

2

3

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

4

NOV 18 2011

5

6

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8

9

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

10

11  JAMALE A. POOLE )  Case No.  EDCV 11-0426-JST(JPR)
    )
12          Petitioner, )  ORDER ACCEPTING FINDINGS
    )  AND RECOMMENDATION
13     vs. )  OF U.S. MAGISTRATE JUDGE
    )
14  DOMINGO URIBE, JR., )
    Warden, )
15    )
          Respondent. )
16  _____ )

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19  Petition, records on file, and Report and Recommendation of the U.S.

20  Magistrate Judge.  No objections to the Report and Recommendation

21  have been filed.  The Court accepts the findings and recommendation

22  of the Magistrate Judge.

23      IT THEREFORE IS ORDERED that (1) the Petition is denied without

24  leave to amend and (2) Judgment be entered dismissing this action

25  with prejudice.

26  DATED: _11\16\11_

27                          JOSEPHINE STATON TUCKER
                            UNITED STATES DISTRICT JUDGE

28