

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMALE A. POOLE<br><br>        Petitioner,<br><br>  vs.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>        Respondent. | Case No. EDCV 11-0426-JST(JPR)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: 11/16/11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE