JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**NOV 18 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMALE A. POOLE,               ) Case No.   EDCV 11-0426-JST(JPR)
                               )
              Petitioner,      )
                               )   **J U D G M E N T**
     vs.                       )
                               )
DOMINGO URIBE, JR.,            )
Warden,                        )
                               )
              Respondent.      )
_____)

        Pursuant to the Order Accepting Findings and Recommendation

of U.S. Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed with

prejudice.

DATED:  __11/16/11__          _____
                              JOSEPHINE STATON TUCKER
                              UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**NOV 18 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY