JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMALE A. POOLE,<br><br>        Petitioner,<br><br>  vs.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>        Respondent. | Case No. EDCV 11-0426-JST(JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 11/16/11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY